1 | **THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
2 | 4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
3 | Telephone: (702) 968-8087
Facsimile: (702) 968-8088
4 | Electronic Mail: murban@theurbanlawfirm.com

5 | Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO: 2:10-cv-00432-RCJ-PAL<br><br>**PLAINTIFFS' REQUEST *TO SET ASIDE CLERK'S ENTRY OF DEFAULT* OF DEFENDANTS TITAN INTERIORS, LLC AND ANTONIO PIAZZA AND ORDER** |

Plaintiffs,

vs.

TITAN INTERIORS, LLC, a foreign limited-liability company doing business in Nevada; JEFF FARINA, individually; ANTONIO PIAZZA, individually; PATRICK NAPPI, individually,

…

…

…

1

Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE ("Plaintiffs"), by and through their attorney of record, Michael A. Urban, Esq., of The Urban Law Firm, hereby Request to Set Aside Clerk's Entry of Default of Defendants Titan Interiors, LLC and Antonio Piazza (#8).

Plaintiffs and Defendants agree that it would be appropriate to set aside the Clerk's Entry of Default in order to allow Defendants to file Answers to the Complaint, and also allow the parties to resolve certain matters which may narrow or eliminate issues to the pending litigation altogether.

Dated: May 20, 2010                **THE URBAN LAW FIRM**

By: */s/ Michael A. Urban*
MICHAEL A. URBAN, Nevada State Bar 3875

**ORDER**

IT IS SO ORDERED.

Dated: July 23, 2010

Gloria M. Navarro
United States District Court